# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143534

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LAWRENCE HAYWOOD and MARIE
HAYWOOD,
      Plaintiffs-Appellees,

v

KRISTY J. SCHUMAKER, R.N.
KIMBERLY J. ZIMMERMAN, R.N. and
SPECTRUM HEALTH BUTTERWORTH
HOSPITAL,
      Defendants-Appellants.
_____/

SC: 143534
COA: 300177
Kent CC: 10-001782-NH

On order of the Court, the application for leave to appeal the June 28, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for reconsideration in light of *Driver v Naini*, 490 Mich 239 (2011).

CAVANAGH, J., would deny leave to appeal.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

Clerk

h1219